IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Dawson, Rochelle | Case Number: 06 B 01627 |
| | Judge: Squires, John H |
| Printed: 4/1/08 | Filed: 2/22/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 23, 2008
Confirmed: April 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,180.00 | |
| Secured: | | 1,012.05 |
| Unsecured: | | 0.00 |
| Priority: | | 2,990.42 |
| Administrative: | | 2,939.00 |
| Trustee Fee: | | 367.88 |
| Other Funds: | | 1,870.65 |
| Totals: | 9,180.00 | 9,180.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,939.00 | 2,939.00 |
| 2. | Bank Financial | Secured | 0.00 | 0.00 |
| 3. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 4. | Bank Financial | Secured | 19,156.78 | 447.78 |
| 5. | HSBC Mortgage Services | Secured | 1,074.95 | 564.27 |
| 6. | Internal Revenue Service | Priority | 2,990.42 | 2,990.42 |
| 7. | Bank Financial | Priority | 2,502.00 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 1,813.05 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 98.20 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 91.17 | 0.00 |
| 11. | MCSI | Unsecured | 847.88 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 625.27 | 0.00 |
| 13. | Wells Fargo Financial | Unsecured | 978.52 | 0.00 |
| 14. | MLGW | Unsecured | | No Claim Filed |
| 15. | St Margaret Hospital | Unsecured | | No Claim Filed |
| 16. | Anderson & Associates | Unsecured | | No Claim Filed |
| 17. | AT&T | Unsecured | | No Claim Filed |
| 18. | Kane County State's Attorney | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 33,117.24 | $ 6,941.47 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 95.70 |
| 5% | 31.00 |
| 4.8% | 208.31 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Dawson, Rochelle | Case Number: 06 B 01627 |
| | Judge: Squires, John H |
| Printed: 4/1/08 | Filed: 2/22/06 |

                          5.4%                        32.87
                                                      _____
                                                     $ 367.88

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                            Marilyn O. Marshall, Trustee, by:

                                            _____